IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: AUREAL, INC.,

    Debtor.

No. C 05-03762 SI

**JUDGMENT**

NEXT FACTORS, INC.,

    Appellant,

v.

AUREAL, INC.,

    Appellee.

    The bankruptcy court's award of additional attorneys' fees to appellee and against appellant is affirmed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 25, 2006

SUSAN ILLSTON
United States District Judge